**ROBERT MARINELLI**
ATTORNEY AT LAW
305 BROADWAY, 14TH FLOOR
NEW YORK, NEW YORK 10007
(212) 822-1427
Facsimile (212) 202-9646

March 21, 2016

**BY ECF**
Honorable Robert M. Levy
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:    *Haskins v. City of New York, et al.*, 15-CV-2016 (MKB)(RML)

Your Honor:

    I am the attorney for plaintiff in the above-referenced action. I write to request an adjournment of the telephone conference scheduled for March 22, 2016.

    In scheduling this conference plaintiff failed to recognize that he would be mid-flight at the conference's scheduled time. Accordingly, plaintiff requests that this conference be adjourned. Plaintiff apologizes for his oversight.

    The parties have been informed that Your Honor may be available on March 30 at 12:30. Accordingly, the parties respectfully request that the conference be adjourned to that date, or any time convenient to The Court.

    Plaintiff thanks Your Honor for consideration of this request.

                                              Yours truly,
                                              /s/
                                              Robert Marinelli