**ROBERT MARINELLI**
ATTORNEY BROADWAY, SUITE 1501
NEW YORK, NEW YORK 10007
(212) 822-1427
Facsimile (212) 202-9646

May 13, 2016

**BY ECF**
Honorable Robert M. Levy
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:    *Haskins v. City of New York, et al.*, 15-CV-2016 (MKB)(RML)

Your Honor:

    I represent plaintiff in this matter. I write, with defendants' consent, to request that Your Honor schedule an in-person conference regarding plaintiff's concerns about the transcription of his deposition.

                        Yours truly,

                        /ss/

                        Robert Marinelli