**ROBERT MARINELLI**
ATTORNEY AT LAW
305 BROADWAY, 14TH FLOOR
NEW YORK, NEW YORK 10007
(212) 822-1427
Facsimile (212) 202-9646

November 10, 2016

**BY ECF**
Honorable Margo K. Brodie
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:    *Haskins v. City of New York, et al.*, 15-CV-2016 (MKB)(RML)

Your Honor:

    I am the attorney for plaintiff in the above-referenced action. On November 1, 2016, the Court ordered the parties to meet and confer on a briefing schedule for summary judgment. In accordance with Your Honor's order, I now write jointly with defendants to propose the following briefing schedule:

| | |
|---|---|
| December 30, 2015 | Defendants' Motion for Summary Judgment |
| January 27, 2017 | Plaintiffs' Opposition to Defendants' Motion for Summary Judgment |
| February 10, 2017 | Defendants' Reply Brief to Plaintiff's Opposition |

    Thank you for your attention to this matter.

                                            Yours truly,

                                            /s/

                                            Robert Marinelli

cc:    ACC Joanne McLaren