CRIMINAL COURT OF THE CITY OF NEW YORK
COUNTY OF NEW YORK

IN THE NAME OF THE PEOPLE OF THE STATE OF NEW YORK
TO ANY POLICE OFFICER IN THE CITY OF NEW YORK

Proof by affidavit having been made this day before me by Detective Essence Jackson, Shield 2268, that there is reasonable cause for believing that certain property, to wit:

a. cocaine, vials, caps, glassine envelopes, small ziplock-style bags, and other evidence of the possession and distribution of cocaine, including but not limited to paraphernalia used to process and distribute drugs, including but not limited to dilutants and scales, counter-surveillance equipment, and records and documents reflecting drug transactions;

b. currency and other evidence of proceeds from drug trafficking, including but not limited to financial records in any format, tending to demonstrate cash transactions or financial transfers derived from the possession of cash currency, money orders, bank receipts, stocks, bonds, bills and receipts for goods and services, documents relating to real estate holdings, and any title or registration to motor vehicles;

c. evidence of ownership and use of the target premises, or the use of property located therein by any person, including but not limited to keys, telephone bills, utility bills, bank statements, leases, deeds, or rent receipts related to the target premises or other real property, mail addressed to or from the target premises, identification bearing the name or photograph of any person, telephone books, address books, date books, calendars, personal papers, and videotapes and photographs of persons;

which is evidence of the possession of narcotics and the means of committing a narcotics crime, may be found in 2940 West 31 Street Apt. 7G, Kings County, New York (the "target premises") and the person of JD Dale (described as male, black, late forties, approximately 5'9", 300 lbs.), if present therein

YOU ARE THEREFORE COMMANDED, between 6:00 a.m. and 9:00 p.m., to make a search of 2940 West 31 Street Apt. 7G, Kings County, New York, and the person of JD Dale (described as male, black, late forties, approximately 5'9", 300 lbs.), if present therein, for the

above described property, and if you find such property or evidence or any part thereof to bring it before the court without unnecessary delay.

Further, the Court authorizes law enforcement personnel to videotape and photograph the interior of the target premises.

ORDERED that the affidavit for this warrant and accompanying minutes, if any, be sealed except that a copy may be retained by the Special Narcotics Prosecutor's Office and may be made available by said Office, in connection with a prosecution resulting from the execution of this warrant, to another city, state or federal prosecution agency or office.

WARRANT MUST BE EXECUTED WITHIN (10)TEN DAYS OF DAY OF ISSUANCE

DATED IN THE CITY OF NEW YORK, this 10th day of FEBRUARY 2015

TIME: 12:42 p.m.

AR2
02-10-15
HON. L. NOCK
RPT. S. MORRISON

_____
JUDGE OF THE CRIMINAL COURT
Louis L. Nock

Target Location: SEARCH OF 2940 WEST 31 STREET, APT. 7G, KINGS COUNTY, NEW YORK, AND THE PERSON OF JD DALE (DESCRIBED AS MALE, BLACK, LATE FORTIES, APPOXIMATELY 5'9", 300 LBS.), IF PRESENT THEREIN

DEF 00087