

Apt. 7G
2940 West 31st Street