

# New York City Police Department
## Omniform System - Arrests

**RECORD CONTAINS SEALED INFORMATION.**
THIS RECORD MAY NOT BE MADE AVAILABLE TO ANY PERSON
OR PUBLIC OR PRIVATE AGENCY OUTSIDE THE POLICE DEPARTMENT.

| | |
|---|---|
| **RECORD STATUS: SEALED** | **Arrest ID: K15610655 - N** |
| **Arrest Location:** INSIDE OF 2940 WEST 31 STREET APT: 7G | **Pct: 060** |

| | | |
|---|---|---|
| **Arrest Date:** 02-14-2015 | Processing Type: ON LINE | Current Location of Perpetrator. |
| **Time:** 06:40:00 | DCJS Fax Number: KO007852 | Borough: Brooklyn |
| Sector: H | Special Event Code: NS - NARC SEL ENFORC | Type: |
| Strip Search Conducted: NO | DAT Number: 0 | Location: 060 PRECINCT |
| Viper Initiated Arrest: NO | | |
| Stop And Frisk: NO | Return Date: 0000-00-00 | |
| Serial #: 0000-000-00000 | | |

### ARREST DATA - COMPLAINT NOT REQUIRED

| | NYC School Safety Data: | NYC Transit Data: |
|---|---|---|
| Jurisdiction: NYPD | On School Property: | Station: |
| Premises: RESIDENCE - PUBLIC HOUSING | School Type: | Line #: |
| Location Within: APARTMENT | School Num: | Location: |
| Occur.Date/Time: 2015-02-14 - 06:40 | School Name: | |
| NYC Housing Development: | | |

**Offense Location:** INSIDE OF 2940 WEST 31 STREET APT: 7G   **Borough:** BROOKLYN

| SEALED | SEALED |
|---|---|

**CHARGES:**                                                        Arrest #: K15610655

| CHARGE | ATTEMPT? | LAW CODE | CLASS | TYPE | COUNTS | DESCRIPTION |
|---|---|---|---|---|---|---|
| TOP | No | PL 220.16 01 F | B | | 1 | CPCS-3RD:NARC DRUG INT/SELL |
| #02 | No | PL 220.09 01 F | C | | 1 | CRIM POSS NARCO DRUG-4TH |
| #03 | No | PL 220.06 01 F | D | | 1 | CPCS-5TH:WITH INTENT TO SELL |
| #04 | No | PL 220.50 02 M | A | | 1 | CRIM USE DRUG PAR-2ND:PACKAGE |
| #05 | No | PL 221.15 M | A | | 1 | CRIM POSS MARIHUANA-4TH:>2 OZS |
| #06 | No | PL 220.03 M | A | | 1 | CRIM POSS CONTRL SUBST-7TH |
| #07 | No | PL 221.10 02 M | B | | 1 | CRIM POSS MARIHUANA-5TH: >25GR |

| DWI Arrest from: | # Injured: 00 | # Fatalities: 00 | Test Given: | B.A.C: | Reason Not Forfeit: |
|---|---|---|---|---|---|

| SEALED | SEALED |
|---|---|

**DETAILS:**                                                         Arrest #: K15610655

AT T/P/O PURSUANT TO SNC SEARCH WARRANT NUMBER#150/2015,THE DEFT WAS FOUND TO BE IN POSSESSION OF A LARGE QTY OF COCAINE WITH INTENT TO SELL, A LARGE QTY OF MARIJUANA IN EXCESS OF 2 OUNCES AND PACKAGING MATERIAL. THE DEFT WAS NOT STRIP SEARCHED,THE DEFT HAS NO KNOWN GANG AFFILIATION, DEFT HAS NO KNOWN NICKNAME. THE DEFT WAS NOT IN POSSESSION OF CELLPHONE AT TIME OF ARREST. THE DEFT HAS TATTOO ON RIGHT ARM OF NINJA. LEADS ONLINE SEARCH YIELDED NEGATIVE RESULTS.

| SEALED | SEALED |
|---|---|

| **DEFENDANT:** HASKINS, TERRELL | NYSID #: 02458754Y | Arrest #: K15610655 |
|---|---|---|
| Nick/AKA/Maiden: | Height: 6FT 0IN | Order Of Protection: NO |
| Sex: MALE | Weight: 230 | Issuing Court: |
| Race: BLACK | Eye Color: BROWN | Docket #: |

http://omniform.nypd.org/omniform/globalreports/webFocusReport.do?IBIF_ex=VIEWAR...   7/3/2015

| | | |
|---|---|---|
| Age: 31 | Hair Color: BLACK | Expiration Date: |
| Date Of Birth: | Hair Length: SHORT | Relation to Victim: STRANGER |
| U.S. Citizen: YES | Hair Style: CREW | Living together: NO |
| Place Of Birth: USA | Skin Tone: DARK | Can be Identified: YES |
| Is this person not Proficient in English?: NO | Complexion: CLEAR | |
| If Yes, Indicate Language: | | |
| Accent: NO | Soc.Security #: | Gang/Crew Affiliation: NO |
| | Occupation: UNKNOWN | Name: |
| Identification ID: | | Identifiers: |
| Identification #: | | |
| Physical Condition: APPARENTLY NORMAL | Lic/Permit Type: | |
| Drug Used: NONE | Lic/Permit No: | |

| LOCATION | ADDRESS | CITY | STATE/CNTRY | ZIP | APT/ROOM | PCT |
|---|---|---|---|---|---|---|
| HOME-PERMANENT | 2940 WEST 31 STREET | BROOKLYN | NEW YORK | | 7G | 060 |

Phone # and E-Mail Address: CELL:

N.Y.C.H.A. Resident: YES    N.Y.C. Housing Employee: NO   On Duty: NO
Development: SURFSIDE GARDENS   N.Y.C. Transit Employee: NO

### Drug Types:

| Alleged or Suspected Drug Type | Describe Other or Prescription Drug | Brand Name or Other Marking |
|---|---|---|
| OTHER COCAINE | | |
| OTHER DRUG | MARIJUANA | |

Physical Force: NONE

| | | |
|---|---|---|
| Gun: | | |
| Weapon Used/Possessed: NONE | Make: | Recovered: |
| Non-Firearm Weapon: | Color: | Serial Number Defaced: |
| Other Weapon Description: | Caliber: | Serial Number: |
| | Type: | |
| | Discharged: NO | |

Used Transit System: NO
Station Entered:
Time Entered:
Metro Card Type:
Metro Card Used/Poses:
Card #:

| CRIME DATA | DETAILS |
|---|---|
| MODUS OPERANDI | CPCS/CPM |
| ACTIONS TOWARD VICTIM | CPCS/CPM |
| CLOTHING | OUTERWEAR - SWEAT SHIRT OR JOGGING JACKET - BLACK |
| CLOTHING | ACCESSORIES - JEANS - BLACK |
| CLOTHING | FOOTWEAR - SNEAKERS - BLACK |
| CLOTHING | HEADGEAR - UNK - UNKNOWN COLOR |
| CHARACTERISTICS | BEARDED |
| BODY MARKS | -UNKNOWN |
| BODY MARKS | ARM -TATOO WITH PICTURE ONLY - DESCRIBE:NINJA |
| IMPERSONATION | UNKNOWN |

SEALED                                                          SEALED

| JUVENILE DATA: | | Arrest #: K15610655 |
|---|---|---|
| Juvenile Offender:  Relative Notified:  Personal Recog: Number Of Priors: 0  Name: School Attending:  Phone Called: Mother's Maiden Name:  Time Notified: | | |
| SEALED | | SEALED |

| ASSOCIATED ARRESTS: | | Arrest #: K15610655 |
|---|---|---|
| ARREST ID  COMPLAINT # | | |
| SEALED | | SEALED |

| DEFENDANTS CALLS: | | Arrest #: K15610655 |
|---|---|---|
| CALL #  NUMBER DIALED  NAME CALLED 1 | | |
| SEALED | | SEALED |

| INVOICES: | | Arrest #: K15610655 |
|---|---|---|
| INVOICE#  COMMAND  PROPERTY TYPE  VALUE | | |
| SEALED | | SEALED |

| ARRESTING OFFICER: DT3 ESSENCE JACKSON | | Arrest #: K15610655 |
|---|---|---|
| Tax Number: Other ID (non-NYPD): Shield: 2268 Department: NYPD Command: 740 | On Duty: YES In Uniform: NO Squad: NS Chart: 97 Primary Assignment: | Force Used: NO Type: Reason: Officer Injured: NO |
| SEALED | | SEALED |

| Assigned Officer: , | Department: NYPD | Command. | Tax Number: | Other ID (non-NYPD): 0 |
|---|---|---|---|---|
| Arresting Officer Name: DT3 JACKSON, ESSENCE | | Tax #: | Command: 740 | Agency: NYPD |
| Supervisor Approving: SGT STRONG CLIFFOR | | Tax #: | Command: 740 | Agency: NYPD |
| Report Entered by: DT3 OTTOMANELLI, C | | Tax #: | Command: 740 | Agency: NYPD |

END OF ARREST REPORT
K15610655