

**MARIJUANA FIELD TEST REPORT - BROOKLYN**
PD 321-145 (Rev 05-08)

**TO BE USED IN BROOKLYN ONLY**
(DO NOT WRITE IN SHADED AREAS)

**1.**
| A. MARIJUANA FIELD TEST RESULTS: | ☒ Positive   ☐ Negative | B. Voucher No. 3000 479658 | |
|---|---|---|---|
| **C. List All Prisoners:** Last Name | First Name | Date of Arrest | Date of Birth |
| (1) ANDERSON | DALE | 02/14/15 | |
| (2) HASKINS | TERRELL | 02/14/15 | 08/24/83 |
| (3) N/A | N/A | N/A | N/A |
| (4) N/A | N/A | N/A | N/A |
| (5) N/A | N/A | N/A | N/A |

D. Were there any other controlled substances/marijuana seized or purchased that are associated with this voucher number? If yes, list all companion narcotics voucher numbers or write N/A if there are none.

N/A   N/A   N/A
N/A   N/A   N/A

**2.**
| A. Testing Officers Name (Print) | B. Command | C. Tax No. | D. Officer performing test has conducted 20 YES field tests. |
|---|---|---|---|
| DET. JACKSON, ESSENCE | NBBS | | |
| E. Arresting Officers Name (Print) DET. JACKSON, ESSENCE | F. Command NBBS | G. / No. | |

☒ Check Here If Same As Testing Officer

**3.**
| Drug Type/Field Test | B. Quantity Vouchered and Type of Container: (Number and Description) |
|---|---|
| Marijuana/Duquenois - Levine Reagent | 96 ZIPLOCK BAGS |
| | C. Date Field Test Conducted 2/14/15 |

**4.** (Check all applicable boxes and fill in all blanks)

A. On  02/14/15  at  0640 hrs  I/S/O 2940 WEST 31 STREET APT#7G  Kings County, I observed the prisoner in possession of  96  of Marijuana recovered from  Living room closet

B. ☒ I have had professional training as a police officer in the identification of Marijuana.

☒ I have previously made arrests for criminal possession of Marijuana.

☒ I have previously seized Marijuana which was determined to be such by the police department laboratory, and the substance in this case possess the same physical characteristics as such previously identified Marijuana.

☒ By my professional training and experience as a police officer, I am familiar with the common methods of packaging Marijuana and the  ZIPLOCK BAGS  used to package the Marijuana in this case is a commonly used method of packaging Marijuana.

C. Based upon the foregoing, the substance/drugs possessed by the prisoner is Marijuana.

**5.** CERTIFICATION - I hereby acknowledge the above statement and I tested the above substance / drugs and this report is a true and full copy of the original report made by me. False statements made herein are punishable as a class A misdemeanor pursuant to 210.45 of the Penal Law.

Testing Officers Signature: _____   Date 02/14/15

**6.** Supervisor Assuring Accuracy in the Preparation of this Field Test Report:

| Rank SGT | Name (printed) STRONG | Signature | Tax # | Command NBBS |

Dist:  1. White District Attorney's Office   2. Blue District Attorney's Office   3. Pink = Police Laboratory With Vouchered Drugs
4. Buff = Member's Copy   5. Green Command Copy

DEF 00107



**FIELD TEST REPORT**
BROOKLYN
I'D 321-142 (Rev. 05-08)

**TO BE USED IN BROOKLYN ONLY**

| 1 | A. FIELD TEST RESULTS: ☒ Positive ☐ Negative | B. Voucher No. 3000479658 | | |
|---|---|---|---|---|
| | C. List All Prisoners: | | | |
| | Last Name | First Name | Date of Arrest | Date of Birth |
| | (1) ANDERSON | DALE | 02/14/2015 | |
| | (2) HASKINS | TERELL | 02/14/201 | 08/24/1983 |
| | (3) | N/A | | |
| | (4) | N/A | | |
| | (5) | N/A | | |

D. Were there any other narcotics seized or purchased that are associated with this voucher number? If yes, list all companion narcotics voucher numbers or write N/A if there are none.

N/A    N/A    N/A
N/A    N/A    N/A

**2** A. Testing Officers Name Printed (If Undercover - List Shield Number in Lieu of Name): DET. JACKSON, ESSENCE   B. Command: NBBS   C. Tax No.   D. Officer performing test has conducted 20 or more field tests.

E. Arresting Officers Name (Print): DET. JACKSON, ESSENCE   F. Command: NBBS   G. Tax No.

☒ Check Here If Same As Testing Officer

**3** A. Contents in this envelope was purchased by an undercover: ☐ Yes ☒ No

**4** A. Contents in this envelope is narcotics recovered other than that purchased by an undercover: ☒ Yes ☐ No

**5** A. Drug Type/Field Test
☐ Heroin / Meckes Reagent
☒ Cocaine/Cocaine Salts and Base Reagent
☐ Marijuana / Duquenois - Levine Reagent

B. Quantity Vouchered and Type of Container: (Number and Description) 8 PLASTIC TWIST

C. Date Field Test Conducted: 2/14/15

D. Estimated total weight of narcotics vouchered greater than 1/8 oz. ☐ Yes ☒ No

**6** A. Contents in this envelope was seized during the execution of a search warrant: ☒ Yes ☐ No

**7** (Check all applicable boxes and fill in all blanks)

A. ☒ On 02/14/15 0640 hrs at I/S/O 2940 WEST 31 STREET APT 7G Kings County, I observed the prisoner in possession of 8 of COCAINE recovered from LIVING ROOM CLOSET

B. ☒ I have had professional training as a police officer in the identification of the above recovered substance/drugs.

☒ I have previously made arrests for criminal possession of the above recovered substance/drugs.

☒ I have previously seized COCAINE which was determined to be such by the police department laboratory, and the substance in this case possess the same physical characteristics as such previously identified substance or drugs.

☒ By my professional training and experience as a police officer, I am familiar with the common methods of packaging COCAINE and the PLASTIC TWISTS used to package the substance/drugs in this case is commonly used method of packaging such substance/drugs.

C. Based upon the foregoing, the substance/drugs possessed by the prisoner is COCAINE

**8** CERTIFICATION - I hereby acknowledge the above statement and I tested the above substance / drugs and this report is a true and full copy of the original report made by me. False statements made herein are punishable as a class A misdemeanor pursuant to 210.45 of the Penal Law.

Testing Officers Signature: _____   Date 2/14/15

**9** Supervisor Assuring Accuracy in the Preparation of this Field Test Report:

SGT   STRONG   Signature   Tax #   NBBS
Rank   Name (printed)         Command

Dist: 1. White District Attorney's Office   2. Blue District Attorney's Office   3. Pink Police Laboratory With Vouchered Drugs
4. Buff = Member's Copy   5. Green Command Copy

DEF 00108