LABORATORY REPORT

NEW YORK CITY POLICE DEPARTMENT
POLICE LABORATORY
CONTROLLED SUBSTANCE ANALYSIS SECTION

| | |
|---|---|
| LABORATORY # | 2015-013020 |
| LABORATORY REPORT # | 1 |
| COMPLAINT # | |
| VOUCHER # | 3000479658 |

*Laboratory #: 2015-013020*

VOUCHERED BY: DT3 CHRISTOPHE OTTOMANELLI Tax# ▮▮▮▮
Command: NARC BORO BS

PCT. OF VOUCHER: 060 Precinct
DEFENDANT(S): DALE ANDERSON      AGE: 48
TERRELL HASKINS     AGE: 31

DATE SUBMITTED: 02/15/2015

DATE ASSIGNED: 02/17/2015
DATE PREPARED: 02/18/2015

TYPE OF ANALYSIS: CONTROLLED SUBSTANCE ANALYSIS

## QUALITATIVE/QUANTITATIVE LABORATORY REPORT. SUBSEQUENT REPORT TO FOLLOW

### RESULTS OF EXAMINATION/ANALYSIS

| Item # | Qty. | Description | Results | Weight |
|---|---|---|---|---|
| 2 | 1 | Glassine envelope(s) cont. solid material | Cocaine (43.3 % Purity) | 1335 mg (pure wt.) |

### SUMMARY OF ANALYSIS

| Substance Identified | Item/Unit # | Weight |
|---|---|---|
| Cocaine | 2 | 1335 mg (pure wt.) |

### REMARKS

| ⅛ oz = 3.544 g | ½ oz = 14.175 g | 1 oz = 28.349 g | 2 oz = 56.698 g | 4 oz = 113.396 g | 8 oz = 226 792 g | 16 oz = 453.584 g = 1 lb | 4535.84 g = 10 lbs |
|---|---|---|---|---|---|---|---|

The pre-homogenized weight and sample for Item/Unit # 2 submitted by Criminalist Grace Kazlausky.

### TESTING METHODOLOGY

| Item/Unit # | Methods Used |
|---|---|
| 2 | GC/FID/MS |

THIS REPORT DOES NOT CONSTITUTE THE ENTIRE CASE FILE. THE CASE FILE MAY BE COMPRISED OF WORKSHEETS, IMAGES, ANALYTICAL DATA AND OTHER DOCUMENTS.

THE DEFINITIONS OF TERMS USED IN THIS REPORT CAN BE LOCATED AT THE NEW YORK STATE DIVISION OF CRIMINAL JUSTICE SERVICES WEBSITE: HTTP://WWW.CRIMINALJUSTICE.NY.GOV/FORENSIC/LABREPORTSTANDARDS.HTM

**THE RESULTS ARE THE OPINIONS / INTERPRETATIONS / CONCLUSIONS OF THE UNDERSIGNED.**
I HEREBY CERTIFY THAT I TESTED/EXAMINED/ANALYZED THE ABOVE DESCRIBED ITEM(S) AND THAT THIS REPORT IS AN ORIGINAL REPORT MADE BY ME. FALSE STATEMENTS MADE HEREIN ARE PUNISHABLE AS A CLASS "A" MISDEMEANOR PURSUANT TO SECTION 210.45 OF THE NEW YORK STATE PENAL LAW.



| CRIM III | Wai Sze Au | | | 02/18/2015 | 02/19/2015 |
|---|---|---|---|---|---|
| RANK/TITLE | ANALYST NAME | ANALYST SIGNATURE | TAX # | DATE PREPARED | DATE ISSUED |

**DEF 00109**   Page 1 of 1

LABORATORY REPORT



NEW YORK CITY POLICE DEPARTMENT
POLICE LABORATORY
CONTROLLED SUBSTANCE ANALYSIS SECTION

| | |
|---|---|
| LABORATORY # | 2015-013020 |
| LABORATORY REPORT # | 2 |
| COMPLAINT # | |
| VOUCHER # | 3000479658 |

| | | | |
|---|---|---|---|
| VOUCHERED BY: | DT3 CHRISTOPHE OTTOMANELLI Tax#: | DATE SUBMITTED: | 02/15/2015 |
| | Command: NARC BORO BS | | |
| PCT. OF VOUCHER: | 060 Precinct | DATE ASSIGNED: | 02/16/2015 |
| DEFENDANT(S): | DALE ANDERSON        AGE: 48 | DATE PREPARED: | 02/19/2015 |
| | TERRELL HASKINS     AGE: 31 | | |

TYPE OF ANALYSIS: CONTROLLED SUBSTANCE ANALYSIS

EVIDENCE PRESENT AS ITEMIZED ON VOUCHER:   [X] YES   [ ] NO  (SEE REMARKS)

## RESULTS OF EXAMINATION/ANALYSIS

| Item # | Qty. | Description | Unit # | Results | Weight |
|---|---|---|---|---|---|
| 1 | 1 | Twist bag(s) cont. solid material | | Cocaine | 0.242 g (aggregate wt.) |
| 2 | 7 | Twist bag(s) cont. solid material | 2.1 | Cocaine | See Remarks |
| | | | 2.1-2.7 | See Remarks | See Remarks |
| 3 | 1 | Ziplock bag(s) cont. vegetative matter | | Marihuana | 0.809 g (aggregate wt.) |
| 4A | 74 | Ziplock bag(s) cont. vegetative matter | | Marihuana | 55.546 g (aggregate wt.) |
| 4B | 1 | Ziplock bag(s) cont. vegetative matter | | Marihuana | 0.789 g (aggregate wt. remaining) |
| 4C | 21 | Ziplock bag(s) cont. vegetative matter | | No Analysis | 19.922 g (gross wt.) |

## SUMMARY OF ANALYSIS

| Substance Identified | Item # | Weight |
|---|---|---|
| Cocaine | 1 | 0.242 g (aggregate wt.) |
| Cocaine | 2 | See Above |
| Marihuana | 3, 4A, 4B | 57.14 g (aggregate wt.) |
| See Remarks | 2 | See Above |

## REMARKS

THIS REPORT DOES NOT CONSTITUTE THE ENTIRE CASE FILE. THE CASE FILE MAY BE COMPRISED OF WORKSHEETS, IMAGES, ANALYTICAL DATA AND OTHER DOCUMENTS.

THE DEFINITIONS OF TERMS USED IN THIS REPORT CAN BE LOCATED AT THE NEW YORK STATE DIVISION OF CRIMINAL JUSTICE SERVICES WEBSITE:
HTTP://WWW.CRIMINALJUSTICE.NY.GOV/FORENSIC/LABREPORTSTANDARDS.HTM

THE RESULTS ARE THE OPINIONS / INTERPRETATIONS / CONCLUSIONS OF THE UNDERSIGNED.
I HEREBY CERTIFY THAT I TESTED/EXAMINED/ANALYZED THE ABOVE DESCRIBED ITEM(S) AND THAT THIS REPORT IS AN ORIGINAL REPORT MADE BY ME. FALSE STATEMENTS MADE HEREIN ARE PUNISHABLE AS A CLASS "A" MISDEMEANOR PURSUANT TO SECTION 210.45 OF THE NEW YORK STATE PENAL LAW.

| CRIM IB | Grace Kazlausky | | | 02/19/2015 | 02/19/2015 |
|---|---|---|---|---|---|
| RANK/TITLE | ANALYST NAME | ANALYST SIGNATURE | TAX # | DATE PREPARED | DATE ISSUED |



POLICE LABORATORY FORM 01 (REVISION # 15-01, DATE EFFECTIVE: 01/02/15, PAGE 1 OF 1, ISSUING AUTHORITY: DIRECTOR/DEPUTY DIRECTOR)

DEF 00110     Page 1 of 2

Laboratory #: 2015-013020

LABORATORY REPORT



| | | |
|---|---|---|
| NEW YORK CITY POLICE DEPARTMENT | LABORATORY # | 2015-013020 |
| POLICE LABORATORY | LABORATORY REPORT # | 2 |
| CONTROLLED SUBSTANCE ANALYSIS SECTION | COMPLAINT # | |
| | VOUCHER # | 3000479658 |

| | | | | |
|---|---|---|---|---|
| VOUCHERED BY: | DT3 CHRISTOPHE OTTOMANELLI Tax#: ▮▮▮▮ | | DATE SUBMITTED: | 02/15/2015 |
| | Command: NARC BORO BS | | | |
| PCT. OF VOUCHER: | 060 Precinct | | DATE ASSIGNED: | 02/16/2015 |
| DEFENDANT(S): | DALE ANDERSON | AGE: 48 | DATE PREPARED: | 02/19/2015 |
| | TERRELL HASKINS | AGE: 31 | | |

| ⅛ oz = 3 544 g | ½ oz = 14 175 g | 1 oz = 28.349 g | 2 oz = 56.698 g | 4 oz = 113.396 g | 8 oz = 226.792 g | 16 oz = 453.584 g = 1 lb | 4535.84 g = 10 lbs |
|---|---|---|---|---|---|---|---|

Item #2: Additional analysis performed by Criminalist W. Au. Refer to Laboratory Report #1 for results.

### TESTING METHODOLOGY

| Unit/Item # | Item # | Methods Used |
|---|---|---|
| 1 | 1 | Color Test, GC/MS |
| 2.1 | 2 | Color Test, GC/MS |
| 3 | 3 | Color Test, Microscopic and Macroscopic Examination |
| 4.1-4.10 & 4.12-4.75 | 4A | Color Test, Microscopic and Macroscopic Examination |
| 4.11 | 4B | Color Test, Microscopic and Macroscopic Examination |
| 4.76-4.96 | 4C | N/A |

THIS REPORT DOES NOT CONSTITUTE THE ENTIRE CASE FILE. THE CASE FILE MAY BE COMPRISED OF WORKSHEETS, IMAGES, ANALYTICAL DATA AND OTHER DOCUMENTS.

THE DEFINITIONS OF TERMS USED IN THIS REPORT CAN BE LOCATED AT THE NEW YORK STATE DIVISION OF CRIMINAL JUSTICE SERVICES WEBSITE:
HTTP://WWW.CRIMINALJUSTICE.NY.GOV/FORENSIC/LABREPORTSTANDARDS.HTM

THE RESULTS ARE THE OPINIONS / INTERPRETATIONS / CONCLUSIONS OF THE UNDERSIGNED.
I HEREBY CERTIFY THAT I TESTED/EXAMINED/ANALYZED THE ABOVE DESCRIBED ITEM(S) AND THAT THIS REPORT IS AN ORIGINAL REPORT MADE BY ME. FALSE STATEMENTS MADE HEREIN ARE PUNISHABLE AS A CLASS "A" MISDEMEANOR PURSUANT TO SECTION 210.45 OF THE NEW YORK STATE PENAL LAW.

| CRIM IB | Grace Kazlausky | | | 02/19/2015 | 02/19/2015 |
|---|---|---|---|---|---|
| RANK/TITLE | ANALYST NAME | ANALYST SIGNATURE | TAX # | DATE PREPARED | DATE ISSUED |

**DEF 00111**    Page 2 of 2