

# New York City Police Department
## Omniform System - Arrests

**RECORD CONTAINS SEALED INFORMATION.**
THIS RECORD MAY NOT BE MADE AVAILABLE TO ANY PERSON
OR PUBLIC OR PRIVATE AGENCY OUTSIDE THE POLICE DEPARTMENT.

| | |
|---|---|
| **RECORD STATUS: SEALED** | **Arrest ID: K13706125 - R** |
| **Arrest Location:** NORTH EAST CORNER SURF AVENUE & WEST 8 STREET | **Pct:** 060 |

**Arrest Date:** 11-29-2013  **Processing Type:** ON LINE   **Current Location of Perpetrator:**
**Time:** 21:01:00  **DCJS Fax Number:** KO076508   **Borough:** Brooklyn
**Sector:** D   **Special Event Code:** NO -   **Type:**
**Strip Search Conducted:** NO   **DAT Number:** 0   **Location:** 060 PRECINCT
**Viper Initiated Arrest:** NO
**Stop And Frisk:** NO   **Return Date:** 0000-00-00
**Serial #:** 0000-000-00000

## ARREST DATA - COMPLAINT NOT REQUIRED

**Jurisdiction:** TAPD   **NYC School Safety Data:**   **NYC Transit Data:**
**Premises:** TRANSIT - NYC SUBWAY   **On School Property:**   **Station:**
**Location Within:**   **School Type:**   **Line #:**
**Occur.Date/Time:** 2013-11-29 - 21:01   **School Num:**   **Location:**
**NYC Housing Development:**   **School Name:**

**Offense Location:** SURF AVENUE & WEST 8 STREET   **Borough:** BROOKLYN

| SEALED | | SEALED |
|---|---|---|

**CHARGES:**   **Arrest #:** K13706125

| CHARGE | ATTEMPT? | LAW CODE | CLASS | TYPE | COUNTS | DESCRIPTION |
|---|---|---|---|---|---|---|
| TOP | No | LOC000.00 0V | V | 0 | 1 | VIOL OF LOCAL LAW VIOL |

| DWI Arrest from: | # Injured: 00 | # Fatalities: 00 | Test Given: | B.A.C: | Reason Not Forfeit: |
|---|---|---|---|---|---|

| SEALED | SEALED |
|---|---|

**DETAILS:**   **Arrest #:** K13706125

AT T/P/O A/O OBSERVED DEFT WALK THROUGH END DOORS OF TRAIN CAR CREATING AN UNSAFE CONDITION. DEFT IS A TRANSIT RECID WITH NYSID 02458754Y. DEFT HAS OPEN DOCKET 2013SK022453.

| SEALED | SEALED |
|---|---|

**DEFENDANT:** HASKINS, TERREL   **NYSID #:** 02458754Y   **Arrest #:** K13706125

**Nick/AKA/Maiden:**   **Height:** 5FT 10IN   **Order Of Protection:** NO
**Sex:** MALE   **Weight:** 180   **Issuing Court:**
**Race:** BLACK   **Eye Color:** BROWN   **Docket #:**
**Age:** 30   **Hair Color:** BLACK   **Expiration Date:**
**Date Of Birth:** ▉   **Hair Length:** SHORT   **Relation to Victim:** STRANGER
**U.S. Citizen:** YES   **Hair Style:** CLOSE CUT   **Living together:** NO
**Place Of Birth:**   **Skin Tone:** DARK   **Can be Identified:** YES
**Is this person not Proficient** NO   **Complexion:** CLEAR

DEFENDANT'S EXHIBIT NO. C FOR IDENTIFICATION  DATE 6/20/16  RPTR: ZA

|  |  |  |  |
|---|---|---|---|
| in English?: | Soc.Security #: | Gang/Crew Affiliation: **NO** | |
| If Yes, Indicate Language: | Occupation: **UNKNOWN** | Name: | |
| Accent: **NO** | | Identifiers: | |
| Identification ID: | | | |
| Identification #: | Lic/Permit Type: | | |
| Physical Condition: **APPARENTLY NORMAL** | Lic/Permit No: | | |
| Drug Used: **NONE** | | | |

| LOCATION | ADDRESS | CITY | STATE/CNTRY | ZIP | APT/ROOM | PCT |
|---|---|---|---|---|---|---|
| HOME-PERMANENT | 2940 WEST 31 STREET | BROOKLYN | NEW YORK | 11224 | | 060 |

Phone # and E-Mail Address:

N.Y.C.H.A. Resident: **YES**     N.Y.C. Housing Employee: **NO**   On Duty: **NO**
     Development: **SURFSIDE GARDENS**   N.Y.C. Transit Employee: **NO**

**Physical Force: NONE**

Gun:
Weapon Used/Possessed: **NONE**          Make:              Recovered:
Non-Firearm Weapon:                      Color:     Serial Number Defaced:
Other Weapon Description:                Caliber:         Serial Number:
                                         Type:
                                         Discharged: **NO**

Used Transit System: **YES**
Station Entered: **STILLWELL AVENUE**
Time Entered: **20:50**
Metro Card Type:
Metro Card Used/Poses:
Card #:

| CRIME DATA | DETAILS |
|---|---|
| STATEMENTS MADE | N/A |
| METHOD OF FLIGHT | N/A |
| MODUS OPERANDI | UNKNOWN |
| ACTIONS TOWARD VICTIM | UNK |
| CLOTHING | OUTERWEAR - SNORKEL, SKI, HOODED JACKET - BLACK |
| CLOTHING | ACCESSORIES - JEANS - BEIGE |
| CLOTHING | FOOTWEAR - SNEAKERS - GRAY |
| CLOTHING | HEADGEAR - UNK - UNKNOWN COLOR |
| CHARACTERISTICS | UNKNOWN |
| BODY MARKS | -UNKNOWN |
| BODY MARKS | -UNKNOWN |
| IMPERSONATION | UNKNOWN |

**SEALED**                                                            **SEALED**

**JUVENILE DATA:**                                        Arrest #: **K13706125**

Juvenile Offender:    Relative Notified:  Personal Recog:
Number Of Priors: **0**    Name:
School Attending:     Phone Called:
Mother's Maiden Name:  Time Notified:

**SEALED**                                                            **SEALED**

**ASSOCIATED ARRESTS:**                                   Arrest #: **K13706125**

ARREST ID COMPLAINT #

| SEALED | | SEALED |
|---|---|---|
| **No Vehicles for Arrest #** | | |

| SEALED | | SEALED |
|---|---|---|
| **DEFENDANTS CALLS:** | | Arrest #: **K13706125** |

| CALL # | NUMBER DIALED | NAME CALLED |
|---|---|---|
| 1 | -- | REFUSED |

| SEALED | | SEALED |
|---|---|---|
| **INVOICES:** | | Arrest #: **K13706125** |

| INVOICE# | COMMAND | PROPERTY TYPE | VALUE |

| SEALED | | SEALED |
|---|---|---|
| **ARRESTING OFFICER: POM SEAN HAYES** | | Arrest #: **K13706125** |

| Tax Number: | On Duty: **YES** | Force Used: **NO** |
|---|---|---|
| Other ID (non-NYPD): | In Uniform: **NO** | Type: |
| Shield: **5247** | Squad: **SS** | Reason: |
| Department: **NYPD** | Chart: **97** | Officer Injured: **NO** |
| Command: **871** | Primary Assignment: | |

| SEALED | | | SEALED |
|---|---|---|---|
| Arresting Officer Name: **POM HAYES, SEAN** | Tax #: | Command: 871 | Agency: **NYPD** |
| Supervisor Approving: **SGT HAYES ERIC** | Tax #: | Command: 871 | Agency: **NYPD** |
| Report Entered by: **POM HAYES, SEAN** | Tax #: | Command: 871 | Agency: **NYPD** |

END OF ARREST REPORT
K13706125

12/7/2015