CERTIFICATE ISSUED BY NYC FIRE DEPT

CERT.# 87439436    N
ISSUED 02/16/2016    EXPIRES 04/09/2017

NAME TERREL S HASKINS
HOME 2940 W 31ST ST #7G
ADDR. BROOKLYN, NY 11224

NOT FDNY EMPLOYEE

FEE $ 25.00  CAT. F60  TYPE Fitness
DESC. FIRE GUARD FOR TORCH OPERATIONS

EMPLOYER  PPEE CONSTRUCTION INC
WORK
LOCATION  ,



DEFENDANT'S
EXHIBIT NO. E
FOR IDENTIFICATION
DATE: 6/20/16  RPTR: RA