UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------------- x

TERREL HASKINS,

                                        Plaintiff,

                -against-

CITY OF NEW YORK, and JOHN and JANE DOE 1
through 10, individually and in their official capacities (the
names John and Jane Doe being fictitious, as the true names
are presently unknown),

                                        Defendants.

------------------------------------------------------------------- x

**REPLY DECLARATION OF
JOANNE M. McLAREN IN
FURTHER SUPPORT OF
DEFENDANTS' MOTION
FOR SUMMARY
JUDGMENT**

15-CV-02016 (MKB)(RML)

         Joanne M. McLaren declares pursuant to 28 U.S.C. § 1746, under penalty of

perjury, that the following is true and correct.

         1.      I am an attorney in the office of Zachary W. Carter, Corporation Counsel

of the City of New York, representing defendants City of New York (hereinafter "City") and

Clifford Strong, Essence Jackson, Humberto Kibel, Theodore Lauterborn,[1] and Christopher

Ottomanelli (collectively, "Defendants"). As such, I am familiar with the facts stated below and

submit this declaration to place the relevant documents on the record in further support of

Defendants' motion for Summary Judgment pursuant to Rule 56 of the Federal Rules of Civil

Procedure.[2]

         2.      Attached hereto as Exhibit A is a true and correct copy of excerpts of the

depositions of Plaintiff Terrel Haskins, taken on February 17, 2016, and June 20, 2016.

---

[1] Plaintiff concedes that all his claims against Theodore Lauterborn must be dismissed. *See* Plaintiff's
Memorandum of Law in Opposition to Defendants' Motion for Summary Judgment at 2.

[2] Exhibits hereto are cited within the reply papers using the designation "McLaren Reply Decl. Exh.
_____."

3.      Attached hereto as Exhibit B is a true and correct copy of a Property Clerk Invoice, documenting the vouchering of three plastic containers as evidence in the arrest of Terrel Haskins on February 14, 2015.

4.      Attached hereto as Exhibit C is a true and correct copy of excerpts of the deposition of Detective Essence Jackson, taken on May 12, 2016.

5.      Attached hereto as Exhibit D is a true and correct copy of excerpts of the transcript of the deposition of Detective Humberto Kibel, taken on May 12, 2016.

6.      Attached hereto as Exhibit E is a true and correct copy of excerpts of the transcript of the deposition of Sergeant Clifford Strong, taken on July 1, 2016.

Dated:      New York, New York
            March 15, 2017

ZACHARY W. CARTER
Corporation Counsel of the City of New York
*Attorney for Defendants*
100 Church Street
New York, New York 10007
(212) 356-2671

By:      Joanne M. McLaren
         Joanne M. McLaren

To:      VIA ECF
         Robert Marinelli
         *Attorney for Plaintiff*

- 2 -