COURT EXHIBIT

1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-----------------------------------------------------------------

TERREL HASKINS,

                         Plaintiff,

       v.

DETECTIVE ESSENCE JACKSON,

                         Defendant.

**VERDICT SHEET**
15-CV-2016 (MKB)

-----------------------------------------------------------------

### Section 1983: False arrest

1. Has Plaintiff Terrel Haskins proven by a preponderance of the evidence that Defendant falsely arrested him on February 14, 2015?

   YES __✓__   NO _____

### Section 1983: Deprivation of fair trial

2. Has Plaintiff Terrel Haskins proven by a preponderance of the evidence that Defendant deprived him of a fair trial?

   YES __✓__   NO _____

      IF YOU ANSWERED "NO" AS TO QUESTIONS 1 AND 2, YOUR DELIBERATIONS ARE COMPLETE.

      IF YOU ANSWERED "YES" TO EITHER QUESTION 1 OR 2, OR BOTH, PLEASE PROCEED TO THE NEXT QUESTION.

### Damages

3. <u>Compensatory damages</u>: Please state the total amount of compensatory damages, if any, that Plaintiff has proven by a preponderance of the evidence that he is entitled to.

   False arrest                    $ __45,000__

   Fabrication of evidence     $ __45,000__

      IF YOUR ANSWER IS NONE, PROCEED TO QUESTION 4.

IF YOU MADE AN AWARD OF COMPENSATORY DAMAGES,
DO NOT ANSWER QUESTION 4. PROCEED TO QUESTION 5.

4. <u>Nominal damages</u>: If you find that Plaintiff is not entitled to compensatory damages, but that his constitutional rights have nevertheless been violated, he is entitled to nominal damages. What amount of nominal damages do you find that he is entitled to?

$ _____—_____

PLEASE PROCEED TO QUESTION 5.

5. <u>Punitive Damages</u>: Has Plaintiff proven by a preponderance of the evidence that he is entitled to punitive damages?

Yes __✓__     No _____

IF YOUR ANSWER IS "YES," PLEASE INDICATE IN THE SPACE PROVIDED BELOW THE AMOUNT OF PUNITIVE DAMAGES.

False arrest                $ __15,000__

Fabrication of evidence     $ __15,000__

Dated: October __30__, 2019

_____
FOREPERSON