**COURT EXHIBIT**

7

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------
TERREL HASKINS,

                        **SPECIAL VERDICT SHEET**

           Plaintiff,           15-CV-2016 (MKB)

        V.

DETECTIVE ESSENCE JACKSON,

           Defendant.
-----------------------------------------------------------------

1. Did Plaintiff reside at 2940 West 31st Street, Apt. 7G, on February 14, 2015?

    YES _____    NO ___✓___

2. Did Defendant Essence Jackson reasonably believe, even if mistaken, that Plaintiff resided at 2940 West 31st Street, Apt. 7G, on February 14, 2015?

    YES ___✓___    NO _____

3. Was the door to the closet where the drugs were found on February 14, 2015 open?

    YES _____    NO ___✓___

4. Did Defendant Essence Jackson reasonably believe, even if mistaken, that the door to the closet where the drugs were found on February 14, 2015 was open?

    YES _____    NO ___✓___

5. Did Plaintiff have "constructive possession," as that term is defined by the Court, over the closet where the drugs were found on February 14, 2015?

    YES _____    NO ___✓___

6. Did Defendant Essence Jackson reasonably believe, even if mistaken, that Plaintiff had "constructive possession," as that term is defined by the Court, over the closet where the drugs were found on February 14, 2015?

    YES _____    NO ___✓___

7. Did Dale Anderson take ownership of the drugs?

    YES ___✓___    NO _____

8. Was Detective Jackson aware that Dale Anderson took ownership of the drugs?

    YES __✓__   NO _____

9. Did Dale Anderson show Detective Jackson where the drugs were located?

    YES __✓__   NO _____

Dated: October __30__, 2019

_____
FOREPERSON