UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

| | |
|---|---|
| TERREL HASKINS,<br><br>                              Plaintiff,<br><br>        - against -<br><br>DETECTIVE ESSENCE JACKSON,<br><br>                            Defendant. | **NOTICE OF DEFENDANT'S MOTION TO VACATE THE OCTOBER 31, 2019 JUDGMENT PURSUANT TO FED. R. CIV. P. 60; MOTION FOR JUDGMENT AS A MATTER OF LAW PURSUANT TO FED. R. CIV. P. 50 AND MOTION FOR A NEW TRIAL PURSUANT TO FED. R. CIV. P. 59**<br><br>15-CV-02016 (MKB) (RML) |

------------------------------------------------------------------------ x

**PLEASE TAKE NOTICE** that, upon a declaration, exhibits, and accompanying memorandum of law in support of Defendant's Motion to Vacate the October 31, 2019 Judgment Pursuant to Fed. R. Civ. P. 60(b)(6), and Defendant's Motion for Judgment as a Matter of Law Pursuant to Fed. R. Civ. P. 50 and Motion for a New Trial Pursuant to Fed. R. Civ. P. 59, and upon all prior pleadings and proceedings had herein, defendant Essence Jackson will move this Court before the Honorable Margo K. Brodie, United States District Judge, at the United States District Court for the Eastern District of New York, located at 225 Cadman Plaza East, Brooklyn, New York 11201, at a date and time to be determined by the Court, for an Order granting Defendant's motions, together with such other relief as this Court deems just and

proper.

Dated: November 27, 2019
New York, New York

JAMES E. JOHNSON
Corporation Counsel of the City of New York
*Attorney for Defendant Essence Jackson*
100 Church Street
New York, New York 10007
(212) 356-2671

By: /s/ Joanne M. McLaren
Joanne M. McLaren

TO: VIA ECF
Robert Marinelli, Esq.
Michael Lumer, Esq.
*Attorneys for Plaintiff*