UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------------- x

Terrel Haskins,

                                   Plaintiff,

              -against-

City of New York, et. al.,

                                Defendants.

------------------------------------------------------------------------- x

**STIPULATION AND
ORDER OF DISMISSAL**

15 CV 2016 (MKB) (RML)

      **WHEREAS,** the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

      **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, that

    1.     The above-referenced action is hereby dismissed with prejudice; and

2.    Notwithstanding the dismissal of this action in accordance with this agreement, the District Court shall continue to retain jurisdiction over this action for the purpose of enforcing the terms of the settlement agreement reached between the parties and set forth in the Stipulation of Settlement executed by the parties in this matter.

Dated: New York, New York
Dec. 29, 2020

ROBERT MARINELLI
*Attorney for Plaintiff*
305 Broadway, Suite 1001
New York, New York 10007
(212)822-1427

By: _____
    Robert Marinelli, Esq.
    *Attorney for Plaintiff*

JAMES E. JOHNSON
Corporation Counsel of the
    City of New York
*Attorney for Defendants City of New York,
    and Jackson*
100 Church Street, 3rd Floor
New York, New York 10007

By: _____
    Joshua J. Lax, Esq.
    *Senior Counsel*

SO ORDERED:

_____
HON. MARGO K. BRODIE
UNITED STATES DISTRICT JUDGE

Dated: _____, 202__

2